JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/29/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE REED,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>JOEL MARTINEZ,<br><br>　　　　　Respondent. | Case No. CV 16-03688-MWF (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Denying Request for Appointment of Counsel in a Federal Habeas Corpus Case and Summarily Dismissing Matter Without Prejudice of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:　　June 29, 2016

　　　　　　　　　　　　　　　　　　*/s/ Michael W. Fitzgerald*
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE